IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SPEARS, JR.,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 1:19-00269-C |
| | ) |
| BAY INN & SUITES FOLEY, LLC,<br>BAY INN & SUITES LOXLEY, LLC,<br>BAY INN & SUITES OF LOXLEY, INC.<br>RICK PATEL A/K/A RASIK PATEL,<br>AND RICK PATEL, JR. A/K/A SUNNY PATEL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

This action was tried by Magistrate Judge William E. Cassady with consent of the parties, without a jury, and the following decision was reached. In accordance with the Order entered this date, it is **ADJUDGED** and **DECREED** that Plaintiff William M. Spears, Jr. shall recover from the Defendants Rick Patel, Sr. (a/k/a Rasik Patel); Rick Patel, Jr. (a/k/a Sunny Patel), and Bay Inn & Suites Loxley, LLC jointly and severally the amount of $156,417.40, as well as post judgment interest at the rate set by 28 U.S.C. § 1961. Defendant Bay Inn & Suites Foley, LLC is liable for $28,578.16 of these damages.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to of the Federal Rule of Civil Procedure 58.

**DONE** this the 27th day of July 2022.

/s/ William E. Cassady
**WILLIAM E. CASSADY**
**UNITED STATES MAGISTRATE JUDGE**