# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SPEARS, JR., <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | ) CIVIL ACTION NO. 1:19-00269-C |
| | ) |
| BAY INN & SUITES FOLEY, LLC, <br> BAY INN & SUITES LOXLEY, LLC, <br> BAY INN & SUITES OF LOXLEY, INC., <br> RICK PATEL A/K/A RASIK PATEL, <br> AND RICK PATEL, JR. A/K/A SUNNY PATEL, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AMENDED JUDGMENT

This action was tried by Magistrate Judge William E. Cassady with consent of the parties, without a jury, and the following decision was reached. In accordance with the Amended Order entered this date, it is **ADJUDGED** and **DECREED** that Plaintiff William M. Spears, Jr. shall recover from the Defendants Rick Patel, Sr. (a/k/a Rasik Patel); Rick Patel, Jr. (a/k/a Sunny Patel); Bay Inn & Suites Loxley, LLC; and Bay Inn & Suites of Loxley, Inc. jointly and severally the amount of $156,000, as well as post judgment interest at the rate set by 28 U.S.C. § 1961. Defendant Bay Inn & Suites Foley, LLC is liable for $28,200 of these damages.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to of the Federal Rule of Civil Procedure 58.

**DONE** this the 5th day of August 2022.

                                                              */s/ William E. Cassady* <br>
                                                            **WILLIAM E. CASSADY** <br>
                                                            **UNITED STATES MAGISTRATE JUDGE**