IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. SPEARS, JR., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-00269-C |
| | ) |
| BAY INN & SUITES FOLEY, LLC, | ) |
| BAY INN & SUITES LOXLEY, LLC, | ) |
| BAY INN & SUITES OF LOXLEY, INC., | ) |
| RICK PATEL A/K/A RASIK PATEL, | ) |
| AND RICK PATEL, JR. A/K/A SUNNY | ) |
| PATEL, | ) |
|     Defendants. | ) |

**FINAL JUDGMENT AFTER REMAND**

In accord with the consent of the parties, this action came on for trial without a jury. After entry of the Amended Judgment, an appeal was taken by defendants Rick Patel a/k/a Rasik Patel and Rick Patel, Jr. a/k/a Sunny Patel. The Amended Judgment (Doc. 116) was vacated and remanded for recalculation of damages by the Eleventh Circuit Court of Appeals (Doc. 198). After a review of the record and consultation with the parties, a final judgment after remand is **ADJUDGED** and **DECREED** as follows:

1. Plaintiff William M. Spears, Jr. shall recover from the Defendants Rick Patel, Sr. (a/k/a Rasik Patel); Rick Patel, Jr. (a/k/a Sunny Patel); Bay Inn & Suites Loxley, LLC; and Bay Inn & Suites of Loxley, Inc. jointly and severally the amounts of $60,652.89 in compensatory damages for unpaid overtime and $60,652.89 in equal liquidated damages. Defendant Bay Inn & Suites Foley, LLC is only liable to Plaintiff for unpaid overtime wages during Plaintiff's employment at that entity in the amounts of $10,949.12 as compensatory damages for unpaid overtime and $10,949.12 in equal liquidated damages.

2. Plaintiff is also awarded attorney's fees and costs against all defendants jointly and severally in the amount of $73,142.80. This total award includes attorney's fees and costs for work performed in the trial court of $59,999.76 ($58,947.14 fees and $1,052.62 costs) and $13,143.04 for attorney's fees required for work in the appellate court.

3. Plaintiff is also awarded post judgment interest at the rate set by 28 U.S.C. § 1961.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to of the Federal Rule of Civil Procedure 58.

**DONE** this the 23rd day of September 2024.

> */s/ William E. Cassady*
> **UNITED STATES MAGISTRATE JUDGE**